# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION LEXINGTON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CRIMINAL NO. 5:25-CR-69-KKC-MAS** |
| Plaintiff, | |
| v. | **ORDER** |
| **DEMETRIUS D. GREEN,** | |
| Defendant. | |

      This matter is before the Court on the government's motion to revoke the release order as to defendant Demetrius Green (DE 8) and Magistrate Judge Matthew A. Stinnett's detention recommendation (DE 18).

      Green is charged with conspiracy to possess with intent distribute controlled substances in violation of 21 U.S.C. § 841(a)(1) and § 846 (Count 1); possession with intent to distribute controlled substances in violation of 21 U.S.C. § 841(a)(1) (Count 2); and being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1) (Count 3). (DE 1.) After Green's arrest, Magistrate Judge Elizabeth Stafford in the United States District Court for the Eastern District of Michigan ordered that Green be released pending trial. The government moved that Judge Stafford's order be stayed and Green be detained pending trial. (DE 8.) The Court granted the motion to stay and referred the matter to Judge Stinnett for a report and recommendation ("R&R"). (DE 10.) In his R&R, Judge Stinnett determined that the government met its burden to show that Green should be detained pending trial and that the government's Motion to Revoke should be granted. (DE 18 at 4–13.)

      Pursuant to the Federal Magistrates Act of 1968, as amended, a party wishing to object to a magistrate judge's proposed findings and recommendations is required to file such objections within fourteen (14) days after being served with such. 28 U.S.C § 636(b)(1)(C). As

Judge Stinnett's R&R was filed on July 31, 2025, Green had until August 14, 2025, to file any objections. Green did not file any objections by that deadline. Thus, because Green does not object to the R&R, the Court concurs in the result recommended by Judge Stinnett. *Thomas v. Arn*, 474 U.S. 140, 150–52 (1985). As such, the Court hereby ORDERS that

1. the government's motion to revoke the release order (DE 8) is GRANTED; and
2. Magistrate Judge Stinnett's report and recommendation (DE 18) is ADOPTED as the Court's opinion.

This 15th day of August, 2025.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY